GUSTAV GALLENKAMP, JR., by SIMON CAHN, his Guardian ad Litem, Respondent, *v.* THE GARVIN MACHINE COMPANY, Appellant.

*Gallenkamp* v. *Garvin Machine Co.*, 91 App. Div. 141, reversed.
(Argued October 19, 1904; decided November 15, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1904, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial.

*Franklin Pierce* for appellant.

*Alex. Rosenthal* and *Edmund Bittiner* for respondent.

Order of Appellate Division reversed and judgment of Trial Term affirmed, with costs, on dissenting opinion of INGRAHAM, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, MARTIN, VANN and WERNER, JJ. Not voting: BARTLETT, J.